UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

Estes Express Lines
Plaintiff

v.

Department of Justice
Defendant
_____/

### APPLICANTS' UNOPPOSED PETITION FOR ENTRY OF
### PRIVACY ACT PROTECTIVE ORDER

The Applicant, Estes Express Lines, respectfully request this Honorable Court's entry of an Agreed Privacy Act Protective Order and in support state as follows:

The Applicant requests the entry of an Order pursuant to 5 U.S.C. § 552a(b)(11), to enable the Department of Justice to comply with the Applicants' *Touhy*[1] request for the release of testimony and reports regarding certain enhanced phone surveillance analysis.

The Applicant seeks the requested information and reports in connection with the case of *Roman et al. v. Estes Express Lines Corp., et al.*, Case No. 2019-02587-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Action"). This is a civil lawsuit filed against Applicant Estes Express Lines for the malicious prosecution of William Roman.  Roman alleges that Estes Express Lines "cause[d] the arrest of Plaintiff, ROMAN, and his unlawful detention" by "swearing and providing false information to law enforcement and falsely identifying the images on surveillance footage as that of Plaintiff, Roman."

---

[1] *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).

The initial investigating agency was the Miami-Dade Police Department. The investigation was subsequently handed over to the FBI, and United States Attorney's Office. A federal grand jury returned an indictment against William Roman, alleging that Roman conspired to steal goods from interstate shipment, in violation of 18 U.S.C. § 371, and stole goods from interstate shipment, in violation of 18 U.S.C. § 659. *United States v. Roman*, 18-CR-20915-Williams. The case proceeded to trial, and, in March 2019, a jury acquitted Roman. This resulted in the State Court Action pending in Miami-Dade County.

During the criminal investigation, Special Agent Brendan Collins of the Federal Bureau of Investigation assisted in obtaining cell phone analysis of William Roman's whereabouts on the date and time of the theft in question. Specialist Collins subsequently prepared a historical cellular analysis of William Roman's cell phone. The United States Attorney's Office has provided the undersigned with a copy of the report.

The undersigned has sent a letter request, deposition notice, and subpoena duces tecum to the Department of Justice pursuant to the *Touhy* regulations codified at 28 C.F.R. § 16.21, *et seq.* for reports and testimony relating to the above matters.

The Department advised that the requested evidence is protected by Privacy Act, 5 U.S.C. § 552a, *et seq.* 18 U.S.C. § 552a(b)(11) allows disclosure of protected information "pursuant to the order of a court of competent jurisdiction." The Applicants and the Department agree that this is a court of competent jurisdiction under section 552a(b)(11).

The Department does not object to the entry of the attached Privacy Act Protective Order.

The Department does not otherwise acquiesce in, or acknowledge the validity of, the other allegations, characterizations, legal conclusions, and/or statements in the Application and reserves

all its rights under applicable law, including its right to assert appropriate privileges with regard to any evidence sought by the Applicants.

### CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)

Undersigned counsel conferred with Assistant U.S. Attorney Zakarij N. Laux who advised that the FBI has no objection to this motion.

WHEREFORE, the Applicant respectfully requests that this Honorable Court issue a Privacy Act Protective Order pursuant to 5 U.S.C. § 552a(b)(11) directing the Department of Justice to disclose testimony and reports regarding the above matters as set forth in the attached order.

Respectfully submitted this  _31st_  day of January 2025.

Respectfully submitted,

**WALLEN KELLEY**
1600 Ponce de Leon Blvd.
PH1
Coral Gables, FL  33134
Telephone: (305) 723-1100

By:  __/s/ *John D. Golden*___
  **JOHN D. GOLDEN**
  Fla. Bar No.: 326399
  jgolden@wallenkelley.com
  JENNIFER A. GOLDEN
  Fla. Bar No. 00058678
  jagolden@wallenkelley.com

*Attorneys for Applicant Estes Express Lines*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __31st__ day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon counsel identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ John D. Golden*
John D. Golden

## SERVICE LIST

Zakarij N. Laux
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Email: Zakarij.Laux@usdoj.gov